UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH F. LAWRENCE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C09-1368-TSZ-MAT<br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

    Based on Defendant's Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 24, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 7, 2010, to file an optional reply brief.

    DATED this <u>12th</u> day of March, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C09-1368-TSZ-MAT]

1  Presented by:

2  s/ Stephanie Martz
3  STEPHANIE MARTZ        WSB # 28636
   Special Assistant U.S. Attorney
4  Office of the General Counsel
   Social Security Administration
5  701 Fifth Avenue, Suite 2900 MS/901
   Seattle, Washington 98104-7075
6  Telephone: (206) 615-2272
   FAX: (206) 615-2531
7  stephanie.martz@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23